UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV 13 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America<br><br>v.<br><br>PHILLIP PAK,<br><br>Defendants. | Case No. 19-mj-71868-MAG-1 (KAW)<br><br>Charging District: Southern District of California<br><br>Charging District's Case No.: 19-CR-4407 BAS |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: U.S. District Courthouse<br>333 W. Broadway, San Diego, CA | Courtroom No.: Magistrate Duty Judge |
|---|---|
| | Date and Time: November 25, 2019, 9:30 am |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: November 13, 2019

*/Kandis A. Westmore*
Kandis A. Westmore
United States District Judge